IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | CRIMINAL NO. EP-25-MJ-2290-MAT |
| v. | § | |
| | § | |
| NARALI AREVALO-CASAY, | § | |
| | § | |
| Defendant. | § | |
| | § | |

### AMENDED UNITED STATES' LIST OF PROPOSED EXHIBITS

| Exhibit Number | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Video of Apprehension (Body Camera) | | |
| 2 | I-213 (First Page) | | |
| 3 | Map of Ft. Bliss National Defense Area | | |
| 4 | Land Transfer Certificate of Records | | |
| 5 | Land Dee History (89 pages) | | |
| 6 | GSA Land Transfer (24 pages) | | |
| 7 | GSA Land Holding (24 pages) | | |
| 8 | Land Transfer to Fort Bliss | | |
| 9 | Fort Bliss Order | | |
| 10 | Map of Area of Apprehension | | |
| 11 | Photograph – Area of Apprehension | | |
| 12 | Photograph – Area of Apprehension | | |
| 13 | Photograph – Area of Apprehension | | |
| 14 | Photograph – Area of Apprehension | | |
| 15 | Photograph – Fencing near water facility | | |
| 16 | Photograph – Fencing near water facility | | |
| 17 | Photograph – Railroad crossing | | |
| 18 | Photograph – Railroad crossing | | |
| 19 | Photograph – Railroad crossing | | |
| 20 | Photograph – Fencing under the 375 over-pass | | |
| 21 | Photograph – Rail Yard near an over-pass | | |
| 22 | Photograph – NDA warning sign | | |
| 23 | Photograph – NDA warning sign | | |
| 24 | Photograph – Rail Yard | | |
| 25 | Photograph – Rail Yard | | |

| 26 | Radio Traffic | | |
|----|---------------|--|--|
| 27 | Radio Traffic Transcript | | |
| 28 | Body Camera GPS Data | | |
| 29 | List of NDA sign placement as of May 8, 2025 | | |
| 30 | Photograph – NDA area | | |
| 31 | Photograph – NDA area | | |

DATED this 20th day of June, 2025.

                                      Respectfully Submitted,

                                      JUSTIN R. SIMMONS
                                      UNITED STATES ATTORNEY

By:   */s/*_____
       Kyle Myers
       Texas Bar 24049933
       Assistant U.S. Attorney
       700 E. San Antonio, Suite 200
       El Paso, Texas 79901
       (915) 534-6884
       kyle.myers@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2025, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System. A true copy of this document will be provided to Defendant's Attorney.

                                      */s/*_____
                                      Kyle Myers
                                      Assistant U.S. Attorney