AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | **EXHIBIT AND WITNESS LIST** |
| vs. | § | |
| | § | Case Number:  EP:25-M -02290(1)  MAT |
| (1) NARALI AREVALO-CASAY | § | |
| *Defendant* | | |

| Presiding Judge<br>MIGUEL A. TORRES | Government Attorney<br>Kyle Myers/Scott Wisniewski | Defendant's Attorney<br>Robert J. Perez |
|---|---|---|
| Trial/Hearing Date<br>6/26/25 - 6/27/25 | Court Reporter<br>ERO | Courtroom Deputy<br>Fidel Morales |

| Plf No. | Def No. | Date Offered | Marked | Admitted | Descriptions of Exhibits* and Witnesses |
|---|---|---|---|---|---|
| | 1 | 06/26/2025 | X | X | Video of Apprehension (Body Camera) |
| | 2 | 06/26/2025 | X | X | I-213 (First Page) |
| | 3 | 06/26/2025 | X | X | Map of Ft. Bliss National Defense Area |
| | 6 | 06/26/2025 | X | X | GSA Land Transfer (24 pages) |
| | 7 | 06/26/2025 | X | X | GSA Land Holding (24 pages) |
| | 8 | 06/26/2025 | X | X | Land Transfer to Fort Bliss |
| | 9 | 06/26/2025 | X | X | Fort Bliss Order |
| | 11 | 06/26/2025 | X | X | Photograph – Area of Apprehension |
| | 12 | 06/26/2025 | X | X | Photograph – Area of Apprehension |
| | 13 | 06/26/2025 | X | X | Photograph – Area of Apprehension |
| | 14 | 06/26/2025 | X | X | Photograph – Area of Apprehension |
| | 15 | 06/26/2025 | X | X | Photograph – Fencing near water facility |
| | 16 | 06/26/2025 | X | X | Photograph – Fencing near water facility |
| | 17 | 06/26/2025 | X | X | Photograph – Railroad crossing |
| | 18 | 06/26/2025 | X | X | Photograph – Railroad crossing |
| | 19 | 06/26/2025 | X | X | Photograph – Railroad crossing |
| | 20 | 06/26/2025 | X | X | Photograph – Fencing under the 375 over-pass |
| | 21 | 06/26/2025 | X | X | Photograph – Rail Yard near an over-pass |
| | 22 | 06/26/2025 | X | X | Photograph – NDA warning sign |
| | 23 | 06/26/2025 | X | X | Photograph – NDA warning sign |
| | 24 | 06/26/2025 | X | X | Photograph – Rail Yard |
| | 25 | 06/26/2025 | X | X | Photograph – Rail Yard |
| | 30 | 06/26/2025 | X | X | Photograph – NDA area |
| | 31 | 06/26/2025 | X | X | Photograph – NDA area |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.