THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

UNITED STATES OF AMERICA

v.  NO. EP-25-MJ-02290-MAT

NARALI AREVALO CASAY

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF THIS COURT:

Comes now, NARALI AREVALO CASAY, and respectfully files this notice of appeal of the judgment and sentence entered by the Court on June 27th, 2025.

Respectfully submitted,

ROBERT J. PEREZ
221 N. Kansas, Suite 1103
El Paso, Texas 79901
Tel No: 915-542-1222
Fax: 915-532-0904
rjperezlaw@yahoo.com

By:_____/s/_____
**ROBERT J. PEREZ**

## CERTIFICATE OF SERVICE

I certify that a true copy of the above and foregoing Notice of Appeal was electronically delivered to Assistant U.S. Attorney Sarah Valenzuela at 700 E. San Antonio, Suite 200, El Paso, Texas, 79901 on this 10TH day of July, 2025.

_____/s/_____
**ROBERT J. PEREZ**